UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

-------------------------------------------------------------x

MARIA MERCADO,    Dkt#: 2:22-CV-02155-AC

        Plaintiff,

   - against -

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

-------------------------------------------------------------x

# ORDER APPROVING APPLICATION FOR
# *PRO HAC VICE* ADMISSION

WHEREAS attorney, BRYAN KONOSKI, has filed an application for *pro hac vice* admission to practice law before this Court; it is hereby

ORDERED that the *pro hac vice* application is approved, and it is further

ORDERED that the *pro hac vice* attorney is directed to request filing access through PACER.

Dated:    December 14, 2022        SO ORDERED:

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE